UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| CHRISTOPHER P. LOVINGS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 21-033-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| FAYETTE COUNTY | ) | **JUDGMENT** |
| DETENTION CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the Defendants with respect to the issues raised in this proceeding.

2. The claims asserted in this action by Plaintiff Christopher Lovings are **DISMISSED**.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: March 3, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky